

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*



RECEIVED
FEB 19 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

February 15, 2008

**BY HAND**

The Honorable Robert P. Patterson
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

    Re: <u>United States v. Qi Pan</u>,
        08 Cr. 132 (RPP)

Dear Judge Patterson:

    The above-referenced matter has been assigned to Your Honor and respectfully enclosed is a copy of the Indictment. The arraignment and initial conference have been scheduled for February 28, 2008 at 4:00 p.m.

    The Government respectfully requests that the Court exclude time from the date of this letter until February 28, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government time to collect and produce discovery to the defendant and the defense to review that discovery.

*SEE TYPEWRITTEN MEMO ENDORSEMENT ATTACHED*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Carrie H. Cohen
Assistant U.S. Attorney
(212) 637-2264

Enc.

cc by fax w/ enc.

*[Handwritten endorsement:]* Application granted. Time is hereby excluded until 2/28/08 to permit the government to gather discovery & produce to the defense pursuant to the provisions of the Speedy Trial Act. So ordered.

*[Signature]* Robert P. Patterson 2/19/08

Case:       United States v. Qi Pan
Index No.   08 Cr. /32 (RPP)

MEMO ENDORSEMENT READS:

*Application granted.*

*Time is hereby excluded until 2/28/08 to permit the government to gather discovery to produce to the defense pursuant to the provisions of the Speedy Trial Act.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 2/19/08*