

**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
lscolarilaw@earthlink.net

TEL 212-227-8899            FAX 212-964-2926

April 16, 2008

Hon. Robert P. Patterson
United States District Court
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/17/08
```

Re: U. S. v. Pan, Qi
08 Cr. 132 (RPP)

**MEMO ENDORSED**

Your Honor:

    The defense requests an adjournment of the status conference in the above captioned matter. I have just received discovery pursuant to Rule 16 and need time to review it with my client. Carrie Cohen, Esq. has just received additional material that is likely to turned over to the defense and we will need time to review that as well.

    Ms. Cohen has no objection to this application. Therefore, I request that the Court adjourn the conference to a date during the last week of June, 2008. Inasmuch as the adjournment is requested so that the defense can review discovery, the time until the next conference should be excluded from speedy trial calculations.

*Application granted*
*Time excluded until*
*June 23, 2008 at 4 PM*
*motions are to be filed by*
*6/20/2008*

Respectfully,

Lisa Scolari

SO ORDERED:

HON. ROBERT P. PATTERSON

cc: Carrie Cohen, Esq.