```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :    GOVERNMENT'S
                                        FORFEITURE BILL
          -v-                      :    OF PARTICULARS

                                   :    08 Cr. 132 (RPP)
QI PAN,
                                   :
          Defendant.
                                   :
- - - - - - - - - - - - - - - - - -x
```

Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offenses described in Count One of the Indictment as alleged in the Forfeiture Allegation, includes the following:

> $28,976.00 in United States Currency seized on November 7, 2007 from the residence of the defendant; and

> Money orders worth $62,952.00 that were seized on November 7, 2007 from the residence of the defendant;

Dated:   New York, New York
         June 3, 2008

                              Respectfully Submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

                         By: _____
                              LEE RENZIN
                              Assistant United States Attorney
                              Telephone: (212) 637-2723

**AFFIRMATION OF SERVICE**

      RENEE SPILKER, pursuant to Title 28, United States Code, Section 1746, hereby declares under the penalty of perjury:

      That I am an paralegal in the office of the United States Attorney for the Southern District of New York.

      That on June 3, 2008 I caused one copy of the attached Bill of Particulars to be delivered by certified mail, return receipt requested to:

            Mark B. Gombiner
            Federal Defenders of New York Inc.
            52 Duane Street, 10th Floor
            New York, NY 10007

            Lisa Scolari
            Attorney at Law
            20 Vesey Street, Suite 400
            New York, NY 10007

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:    New York, New York
           June 3, 2008

                                          _____
                                          RENEE SPILKER