USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :   ORDER PURSUANT TO
                                      21 U.S.C. § 853
          -v.-                    :
                                      08 Cr. 132 (RPP)
                                  :
QI PAN,
                                  :
          Defendant.
- - - - - - - - - - - - - - - - - x

       This matter comes before the Court on the motion of the United States for an Order authorizing the Government and its agencies to maintain custody of certain property pending the conclusion of the above-referenced criminal case:

            $28,976.00 in United States Currency from the residence of Qi Pan, the defendant, on or about November 7, 2007, and

            Money orders worth $62,952.00 from the residence of Qi Pan, the defendant, on or about November 7, 2007,

(collectively, the "Subject Funds");

       WHEREAS, the Subject Funds are already in the lawful custody of the Government; and

       WHEREAS, the Government has represented to the Court that it will maintain and preserve the Subject Funds throughout the pending criminal case so that they will be available for forfeiture;

       WHEREAS, the Subject Funds are alleged to be forfeitable to the United States pursuant to 18 U.S.C. § 2320;

WHEREAS, 18 U.S.C. § 2320, provides that "the forfeiture of property under [18 U.S.C. § 2320(b)(3)(A)], including any seizure and disposition of the property and any related judicial or administrative proceeding, shall be governed by the procedures set forth in" 21 U.S.C. § 853 except subsection (d);

WHEREAS, 21 U.S.C. § 853(e)(1) authorizes the Court to take any action necessary to preserve the availability of property for forfeiture;

IT IS HEREBY ORDERED, that the United States and its agencies, including the Customs and Border Protection and/or the United States Treasury Department, are authorized to maintain and preserve the Subject Funds until the conclusion of the instant criminal case, pending further Order of this Court,

AND IT IS FURTHER ORDERED, that this Order satisfies the requirements described in 18 U.S.C. § 983(a)(3)(B)(ii)(II).

Dated:   New York, New York
         June 11, 2008

                                    /s/ Robert P. Patterson
                                    HONORABLE ROBERT P. PATTERSON
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK