USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08



**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
lscolarilaw@earthlink.net

TEL 212-227-8899                                                                              FAX 212-964-2926

June 23, 2008

Hon. Robert P. Patterson
United States District Court
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: U. S. v. Pan, Qi
08 Cr. 132 (RPP)

Your Honor:

I write to confirm my request that the Court adjourn the conference that was scheduled for today in the above captioned matter. I have been on trial for the past two weeks and have not had time to meet with Ms. Pan and review the extensive discovery provided.

Carrie Cohen, Esq. has no objection to this application. Therefore, I request that the Court adjourn the conference to a date during the week of July 28, 2008, other than July 31st. Inasmuch as the adjournment is requested so that the defense can review discovery, the time until the next conference should be excluded from speedy trial calculations.

Respectfully,

Lisa Scolari

*Application granted. Conference adjourned to 7/28/08 at 4PM. Time is excluded from Speedy Trial calculations.*

SO ORDERED:

HON. ROBERT P. PATTERSON

cc: Carrie Cohen, Esq.