AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

### APPEARANCE

Case Number: 1:2008-CR-00132 (RPP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

QI PAN

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/19/2008 | *(signature)* Charles A. Ross |
| Date | Signature |
| | Charles A. Ross — CR-1331 |
| | Print Name — Bar Number |
| | 111 Broadway, Suite 1401 |
| | Address |
| | New York — NY — 10006 |
| | City — State — Zip Code |
| | (212) 616-3030 — (212) 616-3033 |
| | Phone Number — Fax Number |